UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NICOLE MCCLURE, | No. 3:24-cv-05088-BHS |
| Plaintiff, | |
| v. | THURSTON COUNTY AND THURSTON COUNTY JAIL'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMLAINT |
| THURSTON COUNTY, et al., | |
| Defendants. | |

Defendants Thurston County and Thurston County Jail, (hereinafter, "these Defendants") by and through their attorneys of record and in answer to Plaintiff's Complaint, admit, deny and allege as follows:

**I. ANSWER**

1. Answering Paragraph 1, these Defendants admit only that Nicole McClure was arrested by a WSP Trooper on March 21, 2022 and booked into the Thurston County Jail. These Defendants deny all other or different allegations in Paragraph 1.

2. Answering Paragraph 2, these Defendants admit jurisdiction is proper.

3. Answering Paragraph 3, these Defendants admit only that the Thurston County Jail is located in Thurston County, and venue is proper for events that occurred at that location, and are

THURSTON COUNTY AND THURSTON COUNTY JAIL'S
ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S
COMLAINT - 1
Case No 24-05088-BHS

JON TUNHEIM
Thurston County Prosecuting Attorney
Civil Division - Building No. 5
2000 Lakeridge Dr SW
Olympia, WA 98502
360/786-5574    FAX: 360/709-3006

without information or knowledge sufficient to form a belief as to other allegations therein and therefore deny the same.

4. Answering Paragraph 4, these Defendants admit only that Plaintiff filed a tort claim with Thurston County in compliance with RCW 4.92, and that more than 60 days have elapsed since that time, and are without information or knowledge sufficient to admit or deny the other allegations therein and therefore deny the same.

5. Answering Paragraph 5, these Defendants are without information or knowledge sufficient to form a belief as to the truth of said paragraph, and, therefore, deny the same.

6-18. Answering Paragraphs 6 through 18, these Defendants are without information or knowledge sufficient to form a belief as to the truth of said paragraphs, and, therefore, deny the same.

19. Answering Paragraph 19, these Defendants admit that Nicole McClure arrived at the Thurston County Jail on charges of DUI and Felony Eluding and are without information or knowledge sufficient to form a belief as to the other allegations therein and therefore deny the same.

20. Answering Paragraph 20, these Defendants admit only that Nicole McClure was booked into the Thurston County Jail on March 21, 2022 and deny all other or different allegations therein.

21. Answering Paragraph 21, these Defendants deny the same.

22. Answering Paragraph 22, these Defendants admit only that Nicole McClure was transported to the ER on March 22, 2022 and are without information or knowledge sufficient to form a belief as to the other allegations therein, and therefore deny the same.

23. Answering Paragraph 23, these Defendants are without information or knowledge sufficient to form a belief as to the allegations therein and therefore deny the same.

24. Answering Paragraph 24, these Defendants are without information or knowledge sufficient to form a belief as to the allegations therein and therefore deny the same.

THURSTON COUNTY AND THURSTON COUNTY JAIL'S
ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S
COMLAINT - 2
Case No 24-05088-BHS

JON TUNHEIM
Thurston County Prosecuting Attorney
Civil Division - Building No. 5
2000 Lakeridge Dr SW
Olympia, WA 98502
360/786-5574    FAX: 360/709-3006

25. Answering Paragraph 25, these Defendants are without information or knowledge sufficient to form a belief as to the allegations therein and therefore deny the same.

26. Answering Paragraph 26, these Defendants are without information or knowledge sufficient to form a belief as to the allegations therein and therefore deny the same.

27-28. Answering Paragraphs 27-28, these Defendants deny that Plaintiff's asserted federal claims and deny that she is entitled to relief.

29. Answering Paragraph 29, these Defendants deny the same.

30. Answering Paragraph 30, these Defendants deny the same.

31. Answering Paragraph 31, these Defendants deny the Plaintiff is entitled to any damages from Thurston County or Thurston County Jail and are without information or knowledge to form a belief as to whether Plaintiff is entitled to damages against any other entity and therefore deny the same.

32. Paragraph 32 is the Plaintiff's request that this matter be tried before a jury and does not require an answer. To the extent the paragraph requires an answer, these Defendants deny the same.

33. Answering Plaintiff's Prayer for Relief, these Defendants deny the same.

## II. AFFIRMATIVE DEFENSES

1. That the Plaintiff has failed to state a claim upon which relief may be granted.

2. That if the Plaintiff suffered any damages, recovery therefor is barred by Plaintiff's failure to mitigate said damages.

3. That alleged damages claimed by the Plaintiff were proximately caused by the fault of the Plaintiff or third persons over whom these Defendants had no control. The Defendant specifically reserves the right to identify and name any such third parties as discovery progresses.

…

THURSTON COUNTY AND THURSTON COUNTY JAIL'S
ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S
COMLAINT - 3
Case No 24-05088-BHS

JON TUNHEIM
Thurston County Prosecuting Attorney
Civil Division - Building No. 5
2000 Lakeridge Dr SW
Olympia, WA 98502
360/786-5574    FAX: 360/709-3006

## III. RESERVATION OF RIGHTS

These Defendants expressly reserve the right to amend this Answer, including the addition of affirmative defenses warranted by investigation and discovery, and to make such amendments either before or during trial, including asserting other defense theories or conforming the pleadings to the proof offered at the time of trial.

## IV. PRAYER FOR RELIEF

WHEREFORE, these Defendants pray as follows:

1. That Plaintiff's Complaint be dismissed with prejudice and Plaintiff takes nothing thereby, that these Defendants be allowed their costs, disbursements and reasonable attorney fees herein, and that the Court award these Defendants such other relief as may be appropriate.

2. That if the Complaint is not dismissed, that a jury determines the percentage of the total fault which is attributable to every Defendant who caused Plaintiff's damages, and that the judgment be entered as required by law in accordance therewith.

DATED this 15th day of February 2024.

JON TUNHEIM
PROSECUTING ATTORNEY

 /s/ Julie Carignan
JULIE CARIGNAN, WSBA #36670
Deputy Prosecuting Attorney
Civil Division - Building No. 5
2000 Lakeridge Drive SW
Olympia, WA 98502
Phone: (360)786-5540 ext. 7866
julie.carignan@co.thurston.wa.us
of Attorneys for Thurston County Defendants

LAW, LYMAN, DANIEL, KAMERRER
& BOGDANOVICH, P.S.

 /s/ John E. Justice
John E. Justice, WSBA No. 23042
Attorney at Law
P.O. Box 11880
Olympia, WA 98508-1880
Phone: (360) 754-3480
Email: jjustice@lldkb.com
of Attorneys for Thurston County Defendant

THURSTON COUNTY AND THURSTON COUNTY JAIL'S
ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S
COMLAINT - 4
Case No 24-05088-BHS

JON TUNHEIM
Thurston County Prosecuting Attorney
Civil Division - Building No. 5
2000 Lakeridge Dr SW
Olympia, WA 98502
360/786-5574    FAX: 360/709-3006

# CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below I caused to be electronically filed a copy of the foregoing document with the Clerk of the Court using the CM/CEF system which will send notification of such filing to the parties listed below:

| **Attorney for Plaintiff:** | **Attorney for Defendant Washington State Patrol:** |
|---|---|
| Anne Vankirk | Joshua D. Orf-Rodriguez |
| Joshua Joerres | Johnna S. Craig |
| Falin McKenzie | Assistant Attorneys General |
| Dubin Law Group | Torts Division |
| P.O. Box 30947 | P.O. Box 40126 |
| Seattle, WA 98113 | Olympia, WA 98504-0125 |
| joshj@dubinlawoffice.com | Joshua.OrfRodriguez@atg.wa.gov |
| anne@dubinlawoffice.com | Johnna.Craig@atg.wa.gov |
| falin@dubinlawoffice.com | |

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 15th day of February 2024.

                                        */ s/ Tam Truong*
                                      Tam Truong, Legal Assistant

THURSTON COUNTY AND THURSTON COUNTY JAIL'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMLAINT - 5
Case No 24-05088-BHS

JON TUNHEIM
Thurston County Prosecuting Attorney
Civil Division - Building No. 5
2000 Lakeridge Dr SW
Olympia, WA 98502
360/786-5574    FAX: 360/709-3006